Mauricio PERDOMO Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3434.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2004.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

James A. ADAMS, Gregory Bowman, Rachael R. Rodriguez, Robert L. Bellamy, Douglas Breden, Joyce A. Gathers, Carol M. Brown, Rosemary T. Lawrence, Susie M. Simmons, Brenda E. Cunningham, Clifford D. Yoder, Renie D. Bell, Margie M. Green, Willie J. Wolverton, Danny D. Starks, and Brenda L. Young, Petitioners,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 04–3435.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2004.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.